MANATT, PHELPS & PHILLIPS, LLP
CRAIG A. MOYER (SBN 094187)
E-mail: cmoyer@manatt.com
PETER DUCHESNEAU (SBN 168917)
E-mail: pduchesneau@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
STEPHANIE A. ROESER (SBN 306343)
E-mail: sroeser@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Defendant
CITGO PETROLEUM CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

THE COUNTY OF SANTA CRUZ, individually and on behalf of THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

CHEVRON CORP.; CHEVRON USA, INC.; EXXONMOBIL CORP.; BP P.L.C.; BP AMERICA, INC.; ROYAL DUTCH SHELL PLC; SHELL OIL PRODUCTS COMPANY LLC; CITGO PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PEABODY ENERGY CORP.; TOTAL E&P USA INC.; TOTAL SPECIALTIES USA INC.; ARCH COAL, INC.; ENI S.p.A.; ENI OIL & GAS, INC.; RIO TINTO PLC; RIO TINTO LTD.; RIO TINTO ENERGY AMERICA INC.; RIO TINTO MINERALS, INC.; RIO TINTO SERVICES INC.; STATOIL ASA;

First-Filed Case: No. 3:17-cv-4929-VC
Related Case: No. 3:17-cv-4934-VC
Related Case: No. 3:17-cv-4935-VC
Related Case: No. 3:18-cv-00450-VC
Related Case: No. 3:18-cv-00458-VC
Related Case: No. 3:18-cv-00732-VC

**DEFENDANT CITGO PETROLEUM CORPORATION'S CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)**

[Removal from the Superior Court of the State of California, County of Santa Cruz, Case No. 17CV03242]

Action Filed: December 20, 2017

ANADARKO PETROLEUM CORP.; OCCIDENTAL PETROLEUM CORP.; OCCIDENTAL CHEMICAL CORP.; REPSOL S.A.; REPSOL ENERGY NORTH AMERICA CORP.; REPSOL TRADING USA CORP.; MARATHON OIL COMPANY; MARATHON OIL CORPORATION; MARATHON PETROLEUM CORP.; HESS CORP.; DEVON ENERGY CORP.; DEVON ENERGY PRODUCTION COMPANY, L.P.; ENCANA CORP.; APACHE CORP.; and DOES 1 through 100, inclusive

Defendants.

Pursuant to Federal Rule of Civil Procedure 7.1, counsel of record for Defendant CITGO Petroleum Corporation ("CITGO") hereby states as follows: CITGO is a wholly-owned subsidiary of CITGO Holding, Inc., which is a wholly-owned subsidiary of PDV Holding, Inc., which is a wholly-owned subsidiary of Petróleos de Venezuela, S.A., the national oil company of the Bolivarian Republic of Venezuela. No publicly held corporation owns ten percent or more of CITGO's stock.[1]

Dated: February 14, 2018

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Peter R. Duchesneau
Peter R. Duchesneau
Attorneys for Defendant
CITGO PETROLEUM CORPORATION

[1] This statement is filed solely for purposes of complying with the Federal Rules of Civil Procedure and is not intended to operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of and preserving all rights and any defense, affirmative defense, or objection, including personal jurisdiction.

**CERTIFICATE OF SERVICE**

I, Bridgette Miller-Phillips, declare as follows:

I am employed in San Francisco County, San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, One Embarcadero Center, 30th Floor, San Francisco, California 94111.

I hereby certify that on **February 14, 2018**, **DEFENDANT CITGO PETROLEUM CORPORATION'S CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all registed parties by operation of the Court's electronic filing systems.

I further certify that on **February 14, 2018**, the foregoing was served on the interested parties in this action addressed as follows:

| | |
|---|---|
| Dana McRae, Esq.<br>Jordan Sheinbaum, Esq.<br>**SANTA CRUZ OFFICE OF THE COUNTY COUNSEL**<br>701 Ocean Street, Room 505<br>Santa Cruz, CA 95060<br>Tel: (831) 454-2040<br>Fax: (831) 454-2115<br>Email: dana.mcrae@santacruzcounty.us<br>jordan.scheinbaum@santacruzcounty.us | *Attorneys for Plaintiff:*<br>The County of Santa Cruz |
| Victor M. Sher, Esq.<br>Matthew K. Edling, Esq.<br>Meredith S. Wilensky, Esq.<br>Timothy R. Sloane, Esq.<br>Martin D. Quiñones, Esq.<br>Katie H. Jones, Esq.<br>**SHER EDLING LLP**<br>100 Montgomery Street, Suite 1410<br>San Francisco, CA 94104<br>Tel: (628) 231-2500<br>Fax: (628) 231-2929<br>Email: vic@sheredling.com<br>matt@sheredling.com<br>meredith@sheredling.com<br>tim@sheredling.com<br>marty@sheredling.com<br>katie@sheredling.com | |

☒ **BY OVERNIGHT MAIL:** By placing such document(s) in a sealed envelope, for collection and overnight mailing at Manatt, Phelps & Phillips, LLP, San Francisco, California following ordinary business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of overnight service mailing, said practice being that in the ordinary course of business, correspondence is deposited with the overnight messenger service, **FedEx**, for delivery as addressed.

Theodore J. Boutrous
Andrea E. Neuman
William E. Thomson
Ethan D. Dettmer
Joshua S. Lipshutz
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7804
Facsimile: 213.229.6804

*Attorneys for Defendants*
Chevron Corporation and
Chevron U.S.A., Inc.

Herbert J. Stern (*pro hac vice*)
Joel M. Silverstein (*pro hac vice*)
**STERN & KILCULLEN, LLC**
325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone: 973.535.2600
Facsimile: 973.535.9664

James J. Dragna, Esq.
Bryan Killian, Esq.
Yardena Zwang-Weissman, Esq.
**MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: (213) 680-6436
E-Mail: jim.dragna@morganlewis.com
bryan.killian@morganlewis.com
yardena.zwang-weissman@morganlewis.com

*Attorneys for Defendant:*
Anadarko Petroleum Corp.

Joy C. Fuhr, Esq.
Greg Evans, Esq.
Steven Williams, Esq.
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Tel: (804) 775-4341
Email: jfuhr@mcguirewoods.com
gevans@mcguirewoods.com
srwilliams@mcguirewoods.com

*Attorneys for Defendants:*
Devon Energy Corp.;
Devon Energy Production Co., L.P.

Carol M. Wood, Esq.
**KING & SPALDING**
1100 Louisiana, Suite 4000
Houston, TX 77002
Tel: (713) 751-3209
Email: cwood@kslaw.com

*Attorneys for Defendants:*
ConocoPhillips,
ConocoPhillips Co.;
Phillips66

David E. Cranston, Esq.
**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
Tel: (310) 785-6897
Email: Dcranston@greenbergglusker.com

*Attorneys for Defendants:*
Eni S.p.A. and Eni Oil & Gas Inc.

Philip H. Curtis, Esq.
Nancy Milburn, Esq.
Matthew T. Heartney, Esq.
John D. Lombardo, Esq.
Jonathan W. Hughes, Esq.
**ARNOLD & PORTER KAYE SCHOLER**
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-7199
Email: Philip.Curtis@apks.com
Nancy.Milburn@apks.com
Matthew.Heartney@apks.com
John.Lombardo@apks.com
Jonathan.Hughes@apks.com

*Attorneys for Defendants:*
BP P.L.C. and BP America, Inc.

Patrick W. Mizell, Esq.
**VINSON & ELKINS LLP**
1001 Fannin Street, Suite 2500
Houston, TX 77002
Tel: (713) 758-2932
Email: pmizell@velaw.com

*Attorneys for Defendant:*
Apache Corporation

Jaren Janghorbani, Esq.
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3211
Email: jjanghorbani@paulweiss.com

*Attorneys for Defendant:*
Exxon Mobil Corp.

Dawn Sestito, Esq.
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Tel: (213) 430-6352
Email: dsestito@omm.com

J. Scott Janoe, Esq.
Chris Carr, Esq.
Jonathan Shapiro, Esq.
**BAKER BOTTS LLP**
One Shell Plaza 910 Louisiana Street
Houston, TX 77002-4995
Tel: (713) 229-1553
Email: scott.janoe@bakerbotts.com
chris.carr@bakerbotts.com
jonathan.shapiro@bakerbotts.com

*Attorneys for Defendant:*
Hess Corporation; Marathon Oil Co., Marathon Oil Corp. and Repsol S.A., Repsol Energy North America Corp., and Repsol Trading USA Corp.

Shawn Regan, Esq.
Ann Marie Mortimer, Esq.
Shannon S. Broome, Esq.
Clare Ellis, Esq.
Jennifer L. Bloom, Esq.
**HUNTON & WILLIAMS LLP**
200 Park Ave., 52nd Floor
New York, NY 10166
Email: sregan@hunton.com
amortimer@hunton.com
sbroome@hunton.com
cellis@hunton.com
JBloom@hunton.com

*Attorneys for Defendant:*
Marathon Petroleum Corp.

Matthew R. Stammel, Esq.
**VINSON & ELKINS LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Tel: (214) 220-7776
Email: mstammel@velaw.com

*Attorneys for Defendant:*
Occidental Petroleum Corp. and Occidental Chemical Corp.

Paul D. Clement, Esq.
Andy Clubock, Esq.
Susan Engel, Esq.
Andy McGaan, Esq.
Anna Rotman, Esq.
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Tel: (202) 879-5000
Email: Paul.clement@kirkland.com
Andrew.clubok@kirkland.com
Susan.engel@kirkland.com
Andrew.mcgaan@kirkland.com
Anna.rotman@kirkland.com

*Attorneys for Defendant:*
Total E&P USA Inc., Total Specialties USA Inc.

Daniel P. Collins, Esq.
Jerry Roth, Esq.
**MUNGER TOLLES & OLSON LLP**
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: (213) 683-9125
Email: daniel.collins@mto.com
jerome.roth@mto.com

*Attorneys for Defendants*
Royal Dutch Shell p.l.c. and Shell Oil Products Co., LLC

David Frederick, Esq.
Brendan Crimmins, Esq.
**KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC**
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7951
Email: dfrederick@kellogghansen.com
bcrimmins@kellogghansen.com

Michael F. Healy, Esq.
Michael L. Fox, Esq.
**SEDGWICK L.L.P.**
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Tel: (415) 781-7900
Email: michael.healy@sedgwicklaw.com
michael.fox@sedgwicklaw.com

*Attorneys for Defendant*
Encana Corp.

☒ **BY ELECTRONIC MAIL:** By transmitting such document(s) electronically from my e-mail address at Manatt, Phelps & Phillips, LLP, San Francisco, California, to the person(s) at the electronic mail addresses listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

______________________________
Bridgette Miller-Phillips

8

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

CITGO'S CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)
CASE NO. 3:18-CV-00450-VC