Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF SANTA CRUZ, *et al.*,          )
                                          )   Case No: 3:18-cv-00450 -VC
                        Plaintiff(s),     )
                                          )   **APPLICATION FOR**
    v.                                    )   **ADMISSION OF ATTORNEY**
                                          )   **PRO HAC VICE**
CHEVRON CORP.; *et al.*,                  )   (CIVIL LOCAL RULE 11-3)
                                          )
                        Defendant(s).     )
                                          )

    I, Joy C. Fuhr, an active member in good standing of the bar of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Devon Energy Corp. and Devon Energy Production Co., L.P. in the above-entitled action. My local co-counsel in this case is Gregory Evans, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| McGuireWoods LLP | McGuireWoods LLP |
| 800 East Canal Street, Richmond, VA 23219 | 355 S. Grand Ave., Ste. 4200, L.A., CA 90071 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (804) 775-4341 | (213) 457-9844 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jfuhr@mcguirewoods.com | gevans@mcguirewoods.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 34359.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/26/18

                                                          Joy C. Fuhr
                                                          APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Joy C. Fuhr is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 5, 2018

                                        UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Supreme Court of Virginia

## AT RICHMOND

# Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### JOY CUMMINGS FUHR

was admitted to practice as an attorney and counsellor at the bar of this Court on June 8, 1993.

I further certify that so far as the records of this office are concerned, JOY CUMMINGS FUHR is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 15th day of February
A.D. 2018

By: _____
*Deputy Clerk*