1   Christopher J. Carr (State Bar No. 184076)
Jonathan A. Shapiro (State Bar No. 257199)

2   Baker Botts L.L.P.
101 California Street

3   36th Floor, Suite 3600
San Francisco, California 94111

4   Telephone: (415) 291-6200
Facsimile: (415) 291-6300

5   Email: chris.carr@bakerbotts.com
Email: jonathan.shapiro@bakerbotts.com

6

7   (Additional Counsel Listed on Signature Page)

8   Attorneys for Defendants Repsol Energy North America Corp.,
Repsol Trading USA Corp., and Repsol S.A.

9

10                  **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12                 **SAN FRANCISCO DIVISION**

13   THE COUNTY OF SANTA CRUZ, | Case No. 18-cv-00450
individually and on behalf of THE PEOPLE

14   OF THE STATE OF CALIFORNIA,

15              Plaintiff, | **NOTICE OF APPEARANCE OF**
**COUNSEL FOR DEFENDANTS**
**REPSOL ENERGY NORTH**

16   v. | **AMERICA CORP., REPSOL**
**TRADING USA CORP., AND**

17   CHEVRON CORP.; CHEVRON U.S.A., | **REPSOL S.A.**
INC.; EXXONMOBIL CORP.; BP P.L.C.;

18   BP AMERICA, INC.; ROYAL DUTCH
SHELL PLC; SHELL OIL PRODUCTS

19   COMPANY LLC; CITGO PETROLEUM
CORP.; CONOCOPHILLIPS;

20   CONOCOPHILLIPS COMPANY; PHILLIPS
66; TOTAL E&P USA INC.; TOTAL

21   SPECIALTIES USA INC.; ENI S.p.A.; ENI
OIL & GAS INC.; ANADARKO

22   PETROLEUM CORP.; OCCIDENTAL
PETROLEUM CORP.; OCCIDENTAL

23   CHEMICAL CORP.; REPSOL S.A.;
REPSOL ENERGY NORTH AMERICA

24   CORP.; REPSOL TRADING USA CORP.;
MARATHON OIL COMPANY;

25   MARATHON OIL CORPORATION;
MARATHON PETROLEUM CORP.; HESS

26   CORP.; DEVON ENERGY CORP.; DEVON

27

28

1  ENERGY PRODUCTION COMPANY, L.P.;
   ENCANA CORP.; APACHE CORP.; and
2  DOES 1 through 100, inclusive,

3                  Defendants.

4

5  **TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

6          PLEASE TAKE NOTICE that the following attorney appears on behalf of Defendants

7  Repsol Energy North America Corp. ("RENA"), Repsol Trading USA Corp. ("RTUSA"), and

8  Repsol S.A.[1] (collectively, the "Repsol Parties") in this action, and is authorized to receive

9  service of all pleadings, notices, orders and other papers regarding this action on behalf of the

10 Repsol Parties:

11         Jonathan A. Shapiro (State Bar No. 257199)
           Baker Botts L.L.P.
12         101 California Street
           36th Floor, Suite 3600
13         San Francisco, California 94111
           Telephone: (415) 291-6200
14         Facsimile: (415) 291-6300
           Email: jonathan.shapiro@bakerbotts.com
15

16         Jonathan A. Shapiro is admitted to practice and in good standing in the Northern District

17 of California.

18 Dated: March 23, 2018                      Respectfully submitted,

19                                            BAKER BOTTS L.L.P.

20

21                                            */s/ Jonathan A. Shapiro*
                                              Christopher J. Carr (State Bar No. 184076)
22                                            Jonathan A. Shapiro (State Bar No. 257199)
                                              Baker Botts L.L.P.
23                                            101 California Street
                                              36th Floor, Suite 3600
24                                            San Francisco, California 94111
                                              Telephone: (415) 291-6200
25                                            Facsimile: (415) 291-6300
                                              Email: chris.carr@bakerbotts.com

26  _____

27  [1]     The Repsol Parties reserve all rights, including defenses and objections to venue, service,
   personal jurisdiction, etc.; the filing of this statement is subject to, and without waiver of, any
28  such defenses and objections.

NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANTS REPSOL ENERGY NORTH AMERICA CORP.,          - 2 -                      CASE NO. 18-CV-00450
REPSOL TRADING USA CORP., AND REPSOL S.A.

Email: jonathan.shapiro@bakerbotts.com

J. Scott Janoe (*pro hac vice* pending)
Baker Botts L.L.P.
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1553
Facsimile: (713) 229 7953
Email: scott.janoe@bakerbotts.com

Evan Young (*pro hac vice* pending)
Baker Botts L.L.P.
98 San Jacinto Boulevard
Austin, Texas 78701
Telephone: (512) 322-2506
Facsimile: (512) 322-8306
Email: evan.young@bakerbotts.com

Megan Berge (*pro hac vice* pending)
Baker Botts L.L.P.
1299 Pennsylvania Ave, NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-1171
Email: megan.berge@bakerbotts.com

Attorneys for Defendants Repsol Energy North
America Corp., Repsol Trading USA Corp., and
Repsol S.A.

NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANTS REPSOL ENERGY NORTH AMERICA CORP.,
REPSOL TRADING USA CORP., AND REPSOL S.A.

- 3 -

CASE NO. 18-CV-00450

1

**CERTIFICATE OF SERVICE**

2

On March 23, 2018, I electronically submitted the foregoing document with the clerk of

3

the Court of the U.S. District Court, Northern District of California, using the electronic case

4

filing system of the Court.  I hereby certify that I will serve all counsel of record electronically or

5

by other means authorized by the Court or the Federal Rules of Civil Procedure.

6

7

*/s/ Jonathan A. Shapiro*
Jonathan A. Shapiro

8

Counsel for Defendants Repsol Energy North
America Corp., Repsol Trading USA Corp.,

9

and Repsol S.A.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANTS REPSOL ENERGY NORTH AMERICA CORP.,       - 4 -                          CASE NO. 18-CV-00450
REPSOL TRADING USA CORP., AND REPSOL S.A.