UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ,<br>    Plaintiff,<br>v.<br>CHEVRON CORP., et al.,<br>    Defendants. | Case No. 18-cv-00450-VC<br><br><br>Re: Dkt. No. 68 |
| CITY OF SANTA CRUZ,<br>    Plaintiff,<br>v.<br>CHEVRON CORP., et al.,<br>    Defendants. | Case No. 18-cv-00458-VC<br><br><br>Re: Dkt. No. 66 |
| CITY OF RICHMOND,<br>    Plaintiff,<br>v.<br>CHEVRON CORP., et al.,<br>    Defendants. | Case No. 18-cv-00732-VC<br><br>**ORDER GRANTING MOTIONS TO REMAND**<br>Re: Dkt. No. 45 |

For the reasons stated in this Court's prior order, *see* Order Granting Motions to Remand, No. 3:17-cv-04929-VC (Dkt. No. 223), as well as for the reasons stated in *Coronel v. AK Victory*, 1 F. Supp. 3d 1175, 1178-89 (W.D. Wash. 2014), the motions to remand filed by the County of Santa Cruz, City of Santa Cruz, and City of Richmond are granted. However, the remand orders are stayed pending the outcome of the appeals in the County of San Mateo, City

of Imperial Beach, and County of Marin cases.

**IT IS SO ORDERED.**

Dated: July 10, 2018

VINCE CHHABRIA
United States District Judge