UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SANTA CRUZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CHEVRON CORP., et al.,<br><br>        Defendants. | Case No. 18-cv-00450-VC<br><br>**ORDER REMANDING CASE**<br><br>Re: Dkt. Nos. 142, 223 |

The case is hereby remanded to the Superior Court of the State of California, County of Santa Cruz. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: May 22, 2023

VINCE CHHABRIA
United States District Judge